LOUIS P. WOOL *v.* ARTHUR L. LARNER ET AL.

February Term, 1942.

Present: MOULTON, C. J., SHERBURNE, BUTTLES, STURTEVANT and JEFFORDS, JJ.

Opinion filed May 5, 1942.

*Robert M. Rosenberg, A. Pearley Feen* and *Louis Lisman* for plaintiff.

*M. G. Leary, M. G. Leary, Jr.* and *Bernard J. Leddy* for defendants.

STURTEVANT, J. This case was tried below with the case entitled *Erna T. Wool* v. *Arthur L. Larner, et al.* The questions here presented are the same as those disposed of in the opinion in that case handed down at the present term of this Court. 26 Atl. 2d 89.

For the reasons stated in that opinion the entry in this case is: *Judgment affirmed as to the defendant William E. McBride. As to the defendants Arthur L. Larner and Anna K. Larner the judgment is reversed and cause remanded.*